UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

GARY RAMOS,

Defendant.

**ORDER**

26 Mag. 1628 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated in open court today, Magistrate Judge Tarnofsky's May 1, 2026 order (Dkt. No. 3) granting bail is reversed. Defendant will remain detained pending trial.

Dated: New York, New York
    May 5, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge

Part I